Steven J. Serbalik, Bar #028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
Telephone: (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Robert Folker and the Arizona Conference of Police and Sheriffs, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Folker, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Globe, a municipal corporation; Dale Walters, individually and in his official capacity as Chief of Police of the Globe Police Department; and Paul Jepson, individually and in his official capacity as the City Manager of the City of Globe,<br><br>Defendants. | NO. 2:18-CV-03903-DJH<br><br>**Notice of Dismissal Pursuant to Rule 41(a)(1)(A).** |

Since the commencement of this matter, Plaintiffs learned of additional facts that may lead to monetary claims under Arizona State Law that would necessitate a Notice of Claim in order for them to receive financial compensation for potential state law claims. The potential state law monetary claims are intertwined with the factual issues in dispute in this matter, resulting in potential inefficiencies if separate legal processes were maintained. As a result, Plaintiffs dismiss this matter, without prejudice, pursuant to Rule 41(a)(1)(A).

//
//
//

RESPECTFULLY SUBMITTED this 28th day of December, 2018.

**STEVEN J SERBALIK, P.L.C.**

By: /s/ Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorneys for Plaintiffs Robert Folker and the Arizona Conference of Police and Sheriffs*

Filed via ECF and served via email to

Stephen Coleman
steve@piercecoleman.com
Aaron D. Arnson
aaron@piercecoleman.com
**PIERCE COLEMAN PLLC**
Attorneys for Defendants